196 So. 749

## Walter POSEY v. STATE.

### 8 Div. 51.

Supreme Court of Alabama.
June 6, 1940.

H. T. Foster, of Scottsboro, for petitioner.

Thos. S. Lawson, Atty. Gen., for respondent.

KNIGHT, Justice.

This cause is before us on petition of Walter Posey for writ of certiorari to the Court of Appeals to review and revise the opinion and judgment of said court in the case of Posey v. State, 196 So. 749.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.